DONALD YORK EVANS, LTD.
STATE BAR NO. 1070
P.O. Box 864
Reno, NV 89504
(775) 348-7400

ARNOLD BROCK, JR., ESQ.
STATE BAR NO. 2132
3500 Lakeside Court, Suite 150
Reno NV 89509-3766
(775) 329-8844

Attorneys For Plaintiff

```
FILED          RECEIVED
ENTERED        SERVED ON
         COUNSEL/PARTIES OF RECORD

         AUG - 9 2010

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                           DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESA JO ORTEGA,<br><br>  Plaintiff,<br><br>v.<br><br>BRIAN JOHNSON, DOUGLAS COUNTY SHERIFF'S DEPUTY; DOUGLAS (DOUG) SWALM, DOUGLAS COUNTY SHERIFF'S DEPUTY; SGT. D. BRITTON, DOUGLAS COUNTY SHERIFF'S DEPUTY, INVESTIGATOR DUZON; DOUGLAS COUNTY SHERIFF'S OFFICE INVESTIGATOR VIDOVICH; TRI-NET DRUG TASK FORCE DETECTIVE M. PIER; TRI-NET TASK FORCE DETECTIVE D. McNEELY; TRI-NET TASK FORCE DETECTIVE D. JOHNSON; DOUGLAS COUNTY SHERIFF'S DEPUTY SANCHEZ; DOUGLAS COUNTY SHERIFF'S OFFICE INVESTIGATOR S. SCHULTZ; all individually and in their official capacities; INDIVIDUAL DOES 1-20; RED AND WHITE MUNICIPAL/ GOVERNMENT AND/OR STATE AGENCIES 1-5; and SILVER AND BLUE CORPORATIONS 1-5,<br><br>  Defendants.<br>_____ / | 3:08-cv-0659-RAM |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties above-named, Plaintiff, by and through her attorneys Donald York Evans, Ltd., and Arnold Brock, Jr., Esq., and Defendants through Katherine Parks, Esq.,

-1-

1  of Thorndal, Armstrong, et al., counsel of record, do hereby stipulate and request that the Court
2  adopt the Stipulation and order the dismissal of this action with prejudice, with each side to bear
3  their own attorney's fees and costs.

4      DATED: This 9th day of August, 2010.

6                                      /s/
7                  DONALD YORK EVANS, ESQ.
                Nevada State Bar No. 1070
                P.O. Box 864
8                  Reno, NV 89504
                (775) 348-7400

10      DATED: This 9th day of August, 2010.

12                                      /s/
                ARNOLD BROCK, JR., ESQ.
13                  STATE BAR NO. 2132
                3500 Lakeside Court, Suite 150
14                  Reno  NV 89509-3766
                (775) 329-8844

15                  Attorneys For Plaintiff

17      DATED: This 9th day of August, 2010.

19                                      /s/
                KATHERINE F. PARKS, ESQ.
20                  State Bar No. 6227
                6590 S. McCarran, Suite B
21                  Reno   NV   89509

22                  Attorneys For Defendants

24  **IT IS SO ORDERED.**
25  **DATED: This** ___9th___ **day of August, 2010.**

                                                                                 MAGISTRATE JUDGE

<u>CERTIFICATE OF SERVICE</u>

I certify that I am an employee of DONALD YORK EVANS, LTD., and that on this date I

__XX____ electronically filed

_____ deposited for mailing, via U.S. mail

_____ caused to be delivered, via Reno-Carson Messenger Service

_____ delivered via facsimile machine

_____ personally delivered

a true and correct copy of the foregoing document, addressed to:

Katherine F. Parks, Esq.
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno  NV  89509

DATED this 9th day of August, 2010.

_____/s/ Ginger Rogers Howard_____
GINGER ROGERS HOWARD